PETITIONER FOR A WRIT OF HABEAS CORPUS UNDER 328 U.S.C SECTION 2241

UNITED STATES DISTRICT COURTS OF NEW HAMPSHIRE

DANIEL FRANCOIS
   V.
ATTORNEY GENERAL
CRIMINAL DIVISION
WARDEN

CASE NO. _____

PETITIONER: DANIEL FRANCOIS

PLACE OF CONFINEMENT: F.C.I. BERLIN   P.O. BOX 9000   BERLIN, NH 03570

RESPONDENT: U.S. ATTORNEY GENERAL   28 C.F.R. SECTION 0.5

RESPONDENT: CRIMINAL DIVISION   28 C.F.R SECTION 0.55 (O)

RESPONDENT: WARDEN

GROUND 1: 28 C.F.R. SECTION 0.55 (O)

STATEMENT OF FACTS:
1. PETITIONER STATES  28 C.F.R. SECTION 0.55 (O)
2. PETITIONER STATES  28 C.F.R. SECTION 0.5
3. PETITIONER STATES  28 C.F.R. SECTION 0.160
4. PETITIONER STATES  27 C.F.R. PART 478
5. PETITIONER STATES  27 C.F.R. SECTION 478.32
6. PETITIONER STATES  68 FR, NO. 16 Pages 3551-3562 (01.24.03)
7. PETITIONER STATES  68 FR, NO. 16 PAGE 3744

THE PETITIONER IS BEING HELD IN CUSTODY IN VIOLATION OF THE LAWS OF UNITED STATES

THE PETITIONER IS BEING HELD IN CUSTODY IN VIOLATION OF THE 5th AMENDMENT OF U.S. CONSTITUTION

I CONTACTED THE CRIMINAL DIVISION IN WASHINGTON, DC VIA CERTIFIED MAIL  9589 0710 5270 1022 8084 11

REQUESTED RELIEF

PETITIONER SEEKS TO BE IMMEDIATELY RELEASED FROM CUSTODY BY RESPONDENTS IN VIOLATION OF the LAWS OF THE UNITED STATES AND VIOLATION OF THE FIFTH AMENDMENT OF THE U.S. CONSTITUTION. PETITIONER IS ALSO SEEKING A SETTLEMENT ~~[redacted]~~ IN FORM OF MONETARY

*[signature]*  5-18-25

DANIEL FRANCOIS # 26417-014
Federal Correctional Institution BERLIN
P.O. Box 9000
BERLIN, NH 03570

9589 0710 5270 1022 8084 28

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT ST Room 110
Concord, NH 03301-3941